UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

EDWARD E. EHRLICH, )
Individually, and as Personal Representative )
of the Estate of Sandra Ehrlich )
)
)
Plaintiff, )
)
v. ) Case No. 3:10-cv-521-RJC-DCK
)
HUMANA INSURANCE CORPORATION )
d/b/a HUMANA EMPLOYER'S HEALTH )
PLAN OF GEORGIA, INC. )
GREATER GEORGIA LIFE )
INSURANCE COMPANY, WILLIS )
HRH, CAROLINA CLIPPERS d/b/a )
GREAT CLIPS, )
)
Defendants. )

### ORDER

THIS MATTER IS BEFORE THE COURT on the parties' stipulation of dismissal of this matter;

IT APPEARING TO THE COURT that all of the parties have entered into a confidential agreement to settle this matter for due and proper consideration;

NOW THEREFORE, the Court hereby enters this Order dismissing this matter with prejudice, and without attorneys' fees or costs to any party.

This 4 day of April, 2011.

Honorable Robert J. Conrad, Jr.
United States District Judge